IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE EDMOND,

    Plaintiff,
v.                                           CASE NO. 4:05-cv-00240-MP-EMT

CHARLES V CRIST,
STATE OF FLORIDA,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Motion for Reconsideration of Doc. 19, Order Adopting Report and Recommendation. The Court has reviewed the motion and finds that it contains the same arguments raised and rejected by the six-page order adopting the Report and Recommendation. Accordingly, the motion is denied.

    **DONE AND ORDERED** this _9th_ day of October, 2007

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge